**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:13-cv-03230 |
|---|---|

Federal Deposit Insurance Corporation
as Receiver for Midwest Bank and Trust Company
v.
James J. Giancola, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Federal Deposit Insurance Corporation as Receiver for Midwest Bank and Trust Company

| |
|---|
| NAME (Type or print) <br> Matthew C. Smilowitz |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Matthew C. Smilowitz |
| FIRM <br> Stinson Morrison Hecker LLP |
| STREET ADDRESS <br> 1775 Pennsylvania Avenue NW, Suite 800 |
| CITY/STATE/ZIP <br> Washington, DC 20006 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> 202-572-9903 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✔ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐