# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 3230 | **DATE** | 5/1/2013 |
| **CASE TITLE** | Federal Deposit Insurance Corporation as Receiver for Midwest Bank and Trust Company vs. Giancola, et al. | | |

**DOCKET ENTRY TEXT**

***Status Hearing set for 06/25/13 at 9:30 AM.*** Plaintiff is directed to advise the defendants of the status hearing forthwith. Parties are directed to discuss settlement of case, consent to proceed before the Magistrate Judge, and a proposed discovery plan. See Judge Gottschall's civil case management information regarding pretrial case management procedures @ *http//www.ilnd.uscourts.gov*.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rj/nnm |
|---|---|---|