**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 13-cv-3230

Federal Deposit Insurance Corporation as Receiver for Midwest Bank & Trust Company v. James J. Giancola, et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kelly J. O'Keeffe and Brogan M. Ptacin

| | |
|---|---|
| NAME (Type or print) <br> Robert J. Ambrose | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Robert J. Ambrose | |
| FIRM <br> Howard & Howard Attorneys, PLLC | |
| STREET ADDRESS <br> 200 South Michigan Avenue, Suite 1200 | |
| CITY/STATE/ZIP <br> Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6238966 | TELEPHONE NUMBER <br> (312)372-4000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |