**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR MIDWEST BANK AND TRUST COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> JAMES J. GIANCOLA; JEROME JAY FRITZ a/k/a J.J. FRITZ; ANGELO A. DIPAOLO; BARRY I. FORRESTER; ROBERT J. GENETSKI; GERALD F. HARTLEY; HOMER J. LIVINGSTON, JR.; JOSEPH R. RIZZA; EGIDIO V. SILVERI a/k/a E.V. SILVERI; LEON WOLIN; THOMAS A. CARAVELLO; SHELDON BERNSTEIN; THOMAS H. HACKETT; MARY M. HENTHORN; KELLY J. O'KEEFFE; BROGAN M. PTACIN; JOHN S. SPEAR; and WILLIAM H. STOLL, <br><br> Defendants. | Case. No. 1:13-cv-3230 <br><br> Hon. John B. Gottschall <br><br> Magistrate Judge Sidney I. Shenkier |

## DEFENDANT JAY FRITZ'S MOTION FOR LEAVE TO SUBSTITUTE COUNSEL

Defendant Jay Fritz ("Fritz"), pursuant to Local Rule 83.17, hereby moves for the entry of an order granting leave to substitute W. Scott Porterfield, John C. deMoulpied and Alison R. Leff, of the law firm of Barack Ferrazzano Kirschbaum & Nagelberg LLP ("Barack Ferrazzano"), as counsel of record for Fritz in this matter, and allowing Nancy Anne Temple, Jeffrey R. Tone, John M. George and Theodore James Theophilos, of the law firm of Katten & Temple, LLP ("Katten & Temple"), Fritz's current counsel of record, to withdraw their appearances on behalf of Fritz. In support of this motion, Fritz states as follows:

1.      On April 30, 2013, Nancy Anne Temple, Jeffrey R. Tone, John M. George and Theodore James Theophilos (collectively, the "Katten & Temple Attorneys") each filed appearances in this case for Fritz and other named defendants [Dckt. Nos. 8-11].

2.      Fritz subsequently retained Barack Ferrazzano to represent him in this matter. The attorneys at Barack Ferrazzano who will be representing Fritz are W. Scott Porterfield, John C. deMoulpied and Alison R. Leff (collectively, the "Barack Ferrazzano Attorneys") .

3.      Pursuant to Local Rule 83.17, the "attorney of record may not withdraw, nor may any other attorney file an appearance on behalf of the same party or as a substitute for the attorney of record, without first obtaining leave of court, . . . ." L.R. 83.17.

4.      Fritz therefore respectfully requests that the Court grant leave to substitute the Barack Ferrazzano Attorneys as counsel of record for Fritz in this matter, permit the Katten & Temple Attorneys to withdraw their appearances for Fritz, and permit the Barack Ferrazzano Attorneys to file their appearances for Fritz *instanter*.

WHEREFORE, defendant Jay Fritz requests that this Court enter an order:

(a)     granting this motion for leave to substitute counsel;

(b)     granting leave to W. Scott Porterfield, John C. deMoulpied and Alison R. Leff, of the law firm of Barack Ferrazzano Kirschbaum & Nagelberg LLP, to enter their appearances for Jay Fritz in this lawsuit *instanter*;

(c)     granting leave to Nancy Anne Temple, Jeffrey R. Tone, John M. George and Theodore James Theophilos, of the law firm of Katten & Temple, LLP, to withdraw their appearances for Jay Fritz; and

(d)     granting all other relief that this Court deems appropriate.

Dated:  June 7, 2013                    Respectfully submitted,


                                        By: /s/ Nancy A. Temple
                                            One of the Attorneys for Jay Fritz

                                            Nancy Anne Temple
                                            Jeffrey R. Tone
                                            John M. George
                                            Theodore James Theophilos
                                            KATTEN & TEMPLE
                                            542 S. Dearborn Street, 14th Floor
                                            Chicago, IL 60605
                                            Telephone: (312) 663-4456
                                            Facsimile: (312) 663-0900