## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Midwest and Trust Company, | ) ) ) ) ) ) Case No. 13-cv-03230 |
| Plaintiff, | ) |
| v. | ) JURY DEMANDED |
| | ) |
| James J. Giancola, et al. | ) Judge Joan B. Gottschall |
| | ) |
| Defendants. | ) Magistrate Judge Sidney I. Shenkier |

## NOTICE OF MOTION

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on **Wednesday, June 19, 2013, at 9:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan B. Gottschall in Courtroom 2325 of the United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present **DEFENDANT JAY FRITZ'S MOTION FOR LEAVE TO SUBSTITUTE COUNSEL**, a true and correct copy of which was filed electronically through the Court's electronic filing system and served upon you.

June 7, 2013                              Respectfully submitted,

                                          /s/ Nancy A. Temple

Nancy A. Temple - ntemple@kattentemple.com
John M. George, Jr. - jgeorge@kattentemple.com
Jeffrey R. Tone - jtone@kattentemple.com
Theodore J. Theophilos - ttheophilos@kattentemple.com
Katten & Temple LLP
542 S. Dearborn, Suite 1060
Chicago, IL 60605
(312) 663-0800

## CERTIFICATE OF SERVICE

I, Nancy A. Temple, an attorney, certify that the foregoing **DEFENDANT JAY FRITZ'S MOTION FOR LEAVE TO SUBSTITUTE COUNSEL** was served upon the counsel of record on June 7, 2013 via the Court's Case Management/Electronic Case Files (CM/ECF) system, as follows:

Joseph W. Barber    jwbarber@howardandhoward.com

Katherine M. Sutcliffe Becker    kbecker@stinson.com

Matthew Craig Smilowitz    msmilowitz@stinson.com

Paul W. Carroll    pcarroll@gouldratner.com

Robert Joseph Ambrose    rambrose@howardandhoward.com,

Robert L. Wainess    rwainess@fdic.gov

Steven Kent White    swhite@stinson.com

/s/ Nancy A. Temple