IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR MIDWEST BANK AND TRUST COMPANY, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case. No. 1:13-cv-3230 |
| JAMES J. GIANCOLA; JEROME JAY FRITZ a/k/a J.J. FRITZ; ANGELO A. DIPAOLO; BARRY I. FORRESTER; ROBERT J. GENETSKI; GERALD F. HARTLEY; HOMER J. LIVINGSTON, JR.; JOSEPH R. RIZZA; EGIDIO V. SILVERI a/k/a E.V. SILVERI; LEON WOLIN; THOMAS A. CARAVELLO; SHELDON BERNSTEIN; THOMAS H. HACKETT; MARY M. HENTHORN; KELLY J. O'KEEFFE; BROGAN M. PTACIN; JOHN S. SPEAR; and WILLIAM H. STOLL, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Hon. Joan B. Gottschall  Magistrate Judge Sidney I. Shenkier |
| Defendants. | ) | |

**DEFENDANTS' AGREED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING AND FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF FIFTEEN PAGES IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants Thomas Caravello, Sheldon Bernstein, Thomas Hackett, Mary Henthorn, John S. Spear, William Stoll, James J. Giancola, Angelo A. DiPaolo, Barry Forrester, Robert Genetski, Gerald Hartley, Homer Livingston, Joseph Rizza, Eglidio V. Silveri, and Leon Wolin hereby seek a 14 day extension of the time to answer or otherwise plead and for leave to exceed the 15-page limit under Local Rule 7.1 and to file a 30-page memorandum in support of their motion to

1

dismiss the Plaintiff FDIC's Complaint. In support of this Motion, the defendants state as follows:

1. The FDIC filed its Complaint in this matter on April 30, 2013. Defendants' responsive pleading is currently due on July 1, 2013.

2. The 65-page Complaint contains 159 paragraphs and asserts six separate causes of action against 18 defendants, who were officers or directors of Midwest Bank and Trust Company ("Midwest"). The Complaint has two very distinct theories of recovery, one involving loans made by Midwest and one involving Midwest's investments in the preferred stock of Government Sponsored Enterprises.

3. The undersigned counsel represents 15 of the 18 defendants and will be filing one brief on behalf of those 15 defendants. In addition, in the interest of efficiency, and in order to avoid burdening the Court, counsel is coordinating with counsel for the other three defendants in order to make every effort to avoid repetition of the arguments asserted in support of the motion to dismiss.

4. Defendants have also made every effort to limit the memorandum to 15 pages, but in order to address the 65-page Complaint, the six separate counts (which are subject to multiple arguments), and the complex legal issues involved, defendants may need up to 30 pages to address the relevant arguments.

5. In addition, given the complexity of the issues involved, defendants need an additional 14 days, to and including July 15 in order to prepare the motion to dismiss and supporting memorandum and to coordinate with cocounsel.

6. Counsel for Plaintiff has agreed to this request for additional pages and for additional time to file a responsive pleading.

2

WHEREFORE, defendants Caravello, Bernstein, Hackett, Henthorn, Spear, Stoll, Giancola, DiPaolo, Forrester, Genetski, Hartley, Livingston, Rizza, Silveri, and Wolin respectfully ask the Court to grant an extension of the page limit, from 15 pages to 30 pages, for defendants' memorandum in support of defendants' Motion to Dismiss the FDIC's Complaint and to grant defendants an additional 14 days, to and including July 15, 2013 to file a responsive pleading.

Respectfully submitted,

June 21, 2012

/s/ Jeffrey R. Tone
One of the Attorneys for
Defendants Thomas Caravello,
Sheldon Bernstein, Thomas Hackett, Mary
Henthorn, John S. Spear, William Stoll, James
J. Giancola, Angelo A. DiPaolo, Barry
Forrester, Robert Genetski, Gerald Hartley,
Homer Livingston, Joseph Rizza, Eglidio V.
Silveri, and Leon Wolin

Nancy A. Temple
John M. George, Jr.
Jeffrey R. Tone
KATTEN & TEMPLE LLP
542 S. Dearborn St., 14th Floor
Chicago, Illinois 60605
312-663-0800
312-663-0900 (fax)
jgeorge@kattentemple.com
ntemple@kattentemple.com
jtone@kattentemple.com