IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR MIDWEST BANK AND TRUST COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> JAMES J. GIANCOLA; JEROME JAY FRITZ a/k/a J.J. FRITZ; ANGELO A. DIPAOLO; BARRY I. FORRESTER; ROBERT J. GENETSKI; GERALD F. HARTLEY; HOMER J. LIVINGSTON, JR.; JOSEPH R. RIZZA; EGIDIO V. SILVERI a/k/a E.V. SILVERI; LEON WOLIN; THOMAS A. CARAVELLO; SHELDON BERNSTEIN; THOMAS H. HACKETT; MARY M. HENTHORN; KELLY J. O'KEEFFE; BROGAN M. PTACIN; JOHN S. SPEAR; and WILLIAM H. STOLL, <br><br> Defendants. | Case. No. 1:13-cv-3230 <br><br> Hon. Joan B. Gottschall <br><br> Magistrate Judge Sidney I. Shenkier |

## NOTICE OF MOTION

TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on **Wednesday, June 26, 2013, at 9:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan B. Gottschall in Courtroom 2325 of the United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present **Defendants' Agreed Motion for an Extension of Time to File a Responsive Pleading and for Leave to File a Memorandum in Excess of Fifteen Pages in Support of Defendants' Motion to Dismiss Plaintiff's Complaint,** a true and correct copy of which was filed electronically through the Court's electronic filing system and served upon you.

                                                                Respectfully submitted,

June 21, 2012                                               /s/ Jeffrey R. Tone
One of the Attorneys for
Defendants Thomas Caravello,
Sheldon Bernstein, Thomas Hackett, Mary
Henthorn, John S. Spear, William Stoll, James
J. Giancola, Angelo A. DiPaolo, Barry
Forrester, Robert Genetski, Gerald Hartley,
Homer Livingston, Joseph Rizza, Eglidio V.
Silveri, and Leon Wolin

Nancy A. Temple
John M. George, Jr.
Jeffrey R. Tone
KATTEN & TEMPLE LLP
542 S. Dearborn St., 14th Floor
Chicago, Illinois 60605
312-663-0800
312-663-0900 (fax)
jgeorge@kattentemple.com
ntemple@kattentemple.com
jtone@kattentemple.com