## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Federal Deposit Insurance Corporation as Receiver
for Midwest Bank and Trust Company

                  Plaintiff,

v.                                                                        Case No.:
                                                                         1:13−cv−03230
                                                                         Honorable Joan B.
                                                                         Gottschall

James J. Giancola, et al.

                  Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Sidney I. Schenkier for the purpose of holding proceedings related to: discovery supervision. (rj, )Mailed notice.

Dated: June 25, 2013

                                                                                        /s/ Joan B. Gottschall

                                                                           United States District Judge