

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 3230 | **DATE** | 6/25/2013 |
| **CASE TITLE** | FDIC vs. Giancola, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held. Enter Agreed Protective Order. DEFENDANTS' AGREED MOTION FOR AN
EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING AND FOR LEAVE TO FILE A
MEMORANDUM IN EXCESS OF FIFTEEN PAGES NOT TO EXCEED 30 PAGES IN SUPPORT OF
MOTION TO DISMISS PLAINTIFF'S COMPLAINT [38] is granted. All defendants to answer or otherwise
plead on or before 7/15/2013. Responses by 8/30/2013. Replies by 9/20/2013. Status hearing will be set with
ruling by mail. Rule 26(a)(1) by 7/15/2013. This action is referred to Magistrate Judge Schenkier for
discovery supervision. Magistrate Judge Schenkier has full authority to set and/or reset discovery deadlines as
he deems appropriate.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | | Courtroom Deputy Initials: | RJ |
|---|---|---|---|