IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR MIDWEST BANK AND TRUST COMPANY, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case. No. 1:13-cv-3230 |
| JAMES J. GIANCOLA; JEROME JAY FRITZ a/k/a J.J. FRITZ; ANGELO A. DIPAOLO; BARRY I. FORRESTER; ROBERT J. GENETSKI; GERALD F. HARTLEY; HOMER J. LIVINGSTON, JR.; JOSEPH R. RIZZA; EGIDIO V. SILVERI a/k/a E.V. SILVERI; LEON WOLIN; THOMAS A. CARAVELLO; SHELDON BERNSTEIN; THOMAS H. HACKETT; MARY M. HENTHORN; KELLY J. O'KEEFFE; BROGAN M. PTACIN; JOHN S. SPEAR; and WILLIAM H. STOLL, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Hon. Joan B. Gottschall  Magistrate Judge Sidney I. Shenkier |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:    ALL COUNSEL OF RECORD

     PLEASE TAKE NOTICE that on **Wednesday, July 24, 2013, at 9:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan B. Gottschall in Courtroom 2325 of the United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present **Defendants' Motion for Leave to File Under Seal,** a true and correct copy of which was filed electronically through the Court's electronic filing system and served upon you.

                                                Respectfully submitted,

July 15, 2013                                  /s/ Jeffrey R. Tone
                                                One of the Attorneys for
                                                Defendants Thomas Caravello,
                                                Sheldon Bernstein, Thomas Hackett, Mary
                                                Henthorn, John S. Spear, William Stoll, James
                                                J. Giancola, Angelo A. DiPaolo, Barry
                                                Forrester, Robert Genetski, Gerald Hartley,

          Homer Livingston, Joseph Rizza, Eglidio V. Silveri, and Leon Wolin

Nancy A. Temple  
John M. George, Jr.  
Jeffrey R. Tone  
KATTEN & TEMPLE LLP  
542 S. Dearborn St., 14th Floor  
Chicago, Illinois 60605  
312-663-0800  
312-663-0900 (fax)  
jgeorge@kattentemple.com  
ntemple@kattentemple.com  
jtone@kattentemple.com