IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR MIDWEST BANK AND TRUST COMPANY, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 13-cv-03230 |
| V. | ) ) | Judge Joan Gottschall |
| JAMES J. GIANCOLA; JEROME JAY FRITZ a/k/a J.J. FRITZ; ANGELO A. DIPAOLO; BARRY I. FORRESTER; ROBERT J. GENETSKI; GERALD F. HARTLEY; HOMER J. LIVINGSTON, JR.; JOSEPH R. RIZZA; EGIDIO V. SILVERI a/k/a E.V. SILVERI; LEON WOLIN; THOMAS A. CARAVELLO; SHELDON BERNSTEIN; THOMAS H. HACKETT; MARY M. HENTHORN; KELLY J. O'KEEFFE; BROGAN M. PTACIN; JOHN S. SPEAR; and WILLIAM H. STOLL, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION OF DEFENDANTS JEROME JAY FRITZ, KELLY J. O'KEEFFE, AND BROGAN M. PTACIN TO FILE MEMORANDUM IN EXCESS OF 15 PAGES**

Defendants Jerome Jay Fritz, Kelly J. O'Keeffe, and Brogan M. Ptacin (together, "Defendants"), by and through their attorneys, respectfully request leave to file the Memorandum of Jerome Jay Fritz, Kelly J. O'Keeffe, and Brogan M. Ptacin in Support of Motion to Dismiss Complaint in excess of 15 pages. In support of this motion, Defendants state as follows:

1. On April 30, 2013, the Federal Deposit Insurance Corporation (the "FDIC") filed a 65-page complaint against Mr. Fritz, Mr. O'Keeffe, Mr. Ptacin and 15 other former directors or officers of Midwest (the "Complaint"). The Complaint alleges claims of gross negligence

(Count I), negligence (Count II), and breach of fiduciary duty (Count III) against Mr. Fritz, Mr. O'Keeffe, and Mr. Ptacin arising from loans approved or extended to six borrowers between 2005 and 2008.

2. The Complaint also alleges claims of gross negligence (Count IV), negligence (Count V), and breach of fiduciary duty (Count VI) against Mr. Fritz and 10 other former directors of Midwest (not including Mr. O'Keeffe or Mr. Ptacin) arising from the bank's investment in certain securities.

3. The Complaint contains 159 paragraphs of allegations arising from a complex factual background concerning multiple loans to six borrowers, investments in two securities, and decisions allegedly made by 18 decision-makers.

4. Concurrently with this motion, Defendants file a motion to dismiss the Complaint and a supporting memorandum. In light of the Complaint's length, complexity, and detail, Defendants require eight additional pages to completely and adequately address in their supporting memorandum the issues raised by the FDIC.

5. The FDIC's counsel has informed Defendants' counsel that the FDIC has no objection to the granting of this motion.

WHEREFORE, Defendants respectfully request the Court grant (1) leave to file the Memorandum of Jerome Jay Fritz, Kelly J. O'Keeffe, and Brogan M. Ptacin in Support of Motion to Dismiss Complaint in excess of 15 pages; and (2) any further relief the Court deems just and proper.

Dated: July 15, 2013                                                         Respectfully submitted,

s/ William S. Porterfied                                       s/Robert J. Ambrose
    W. Scott Porterfield                                             Robert J. Ambrose

W. Scott Porterfield                                                HOWARD & HOWARD
John C. deMoulpied                                                200 S. Michigan Avenue, Suite 1100
Alison R. Leff                                                          Chicago, IL 60604-2461
BARACK FERRAZZANO                                          (312) 456-3401
 KIRSCHBAUM & NAGELBERG LLP
200 W. Madison Street, Suite 3900                          *Attorneys for Kelly J. O'Keeffe and*
Chicago, IL 60606                                                   *Brogan M. Ptacin*
(312) 984-3100

*Attorneys for Jerome Jay Fritz*

## **CERTIFICATE OF SERVICE**

      I, William S. Porterfield, an attorney, hereby certify that on July 15, 2013, service of a copy of the foregoing ***Motion of Defendants Jerome Jay Fritz, Kelly J. O'Keefee and Brogan M. Ptacin to file Memorandum in Excess of 15 pages*** was filed electronically with the Clerk of Court using the CM/ECF system to be served upon the attorneys of record according to ECF Rules in compliance with Fed. Rule Civ. P. 5(b)(2)(D).

                                      /s/ William S. Porterfield