# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR MIDWEST BANK AND TRUST COMPANY, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 13-cv-03230 |
| V. | ) ) | Judge Joan Gottschall |
| JAMES J. GIANCOLA; JEROME JAY FRITZ a/k/a J.J. FRITZ; ANGELO A. DIPAOLO; BARRY I. FORRESTER; ROBERT J. GENETSKI; GERALD F. HARTLEY; HOMER J. LIVINGSTON, JR.; JOSEPH R. RIZZA; EGIDIO V. SILVERI a/k/a E.V. SILVERI; LEON WOLIN; THOMAS A. CARAVELLO; SHELDON BERNSTEIN; THOMAS H. HACKETT; MARY M. HENTHORN; KELLY J. O'KEEFFE; BROGAN M. PTACIN; JOHN S. SPEAR; and WILLIAM H. STOLL, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, July 24, 2013 at 9:30 a.m., we shall appear before The Honorable Joan Gottschall or any judge sitting in her stead, in Courtroom 2325 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached ***Motion of Defendants Jerome Jay Fritz, Kelly J. O'Keeffe and Brogan M. Ptacin to File Memorandum in Excess of 15 Pages***.

Dated: July 15, 2013                                    Respectfully submitted,


                                                        s/ William S. Porterfied
                                                            William S. Porterfield

                                                        W. Scott Porterfield
                                                        John C. deMoulpied

895975.v1

Alison R. Leff
BARACK FERRAZZANO
 KIRSCHBAUM & NAGELBERG LLP
200 W. Madison Street, Suite 3900
Chicago, IL  60606
(312) 984-3100

*Attorneys for Jerome Jay Fritz*


s/Robert J. Ambrose
  Robert J. Ambrose

HOWARD & HOWARD
200 S. Michigan Avenue, Suite 1100
Chicago, IL  60604-2461
(312) 456-3401

*Attorneys for Kelly J. O'Keeffe and
Brogan M. Ptacin*

895975.v1

## CERTIFICATE OF SERVICE

I, William S. Porterfield, an attorney, hereby certify that on July 15, 2013, service of a copy of the foregoing ***Motion of Defendants Jerome Jay Fritz, Kelly J. O'Keeffe and Brogan M. Ptacin to File Memorandum in Excess of 15 Pages*** was filed electronically with the Clerk of Court using the CM/ECF system to be served upon the attorneys of record according to ECF Rules in compliance with Fed. Rule Civ. P. 5(b)(2)(D):

/s/ William S. Porterfield

895975.v1