**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR MIDWEST BANK AND TRUST COMPANY, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 13-cv-03230 |
| V. | ) ) | Judge Joan Gottschall |
| JAMES J. GIANCOLA; JEROME JAY FRITZ a/k/a J.J. FRITZ; ANGELO A. DIPAOLO; BARRY I. FORRESTER; ROBERT J. GENETSKI; GERALD F. HARTLEY; HOMER J. LIVINGSTON, JR.; JOSEPH R. RIZZA; EGIDIO V. SILVERI a/k/a E.V. SILVERI; LEON WOLIN; THOMAS A. CARAVELLO; SHELDON BERNSTEIN; THOMAS H. HACKETT; MARY M. HENTHORN; KELLY J. O'KEEFFE; BROGAN M. PTACIN; JOHN S. SPEAR; and WILLIAM H. STOLL, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION OF DEFENDANTS JEROME JAY FRITZ, KELLY J. O'KEEFFE, AND BROGAN M. PTACIN FOR LEAVE TO FILE EXHIBITS UNDER SEAL**

Defendants Jerome Jay Fritz, Kelly J. O'Keeffe, and Brogan M. Ptacin (together, "Defendants"), by and through counsel, hereby move for leave to file under seal Exhibits 1 through 4 to the Memorandum of Jerome Jay Fritz, Kelly J. O'Keeffe, and Brogan M. Ptacin in Support of Motion to Dismiss Complaint. In support of this motion, Defendants state as follows:

1. On June 25, 2013, this Court entered the Agreed Protective Order. (*See* Docket No. 44.)

2. The Agreed Protective Order designates certain information as "Confidential Information" and requires parties wishing to file documents containing Confidential Information to seek the Court's permission to file such documents under seal.

3. Concurrently with this motion, Defendants filed a motion to dismiss the complaint in this matter and a supporting memorandum. Exhibits 1 through 4 to the supporting memorandum contain confidential information of Midwest Bank and Trust Company (the "Bank") and the Bank's customers, including, but not limited to, information related to lending transactions, loans, or extensions of credit to any borrower or guarantor of the Bank. Such information constitutes Confidential Information pursuant to paragraph 2(e) of the Agreed Protective Order.

4. Pursuant to the Agreed Protective Order, Defendants provisionally filed Exhibits 1 through 4 electronically under seal with the Confidential Information excluded, and provided the Court and counsel of record complete, unredacted versions of the exhibits.

WHEREFORE, Defendants respectfully request this Court grant (1) leave to file under seal Exhibits 1 through 4 to the Memorandum of Defendants Jerome Jay Fritz, Kelly J. O'Keeffe, and Brogan M. Ptacin in Support of Motion to Dismiss Complaint and (2) such further relief as the Court deems just and proper.

Dated: July 15, 2013                                Respectfully submitted,

s/ William S. Porterfied                            s/ Robert J. Ambrose
    W. Scott Porterfield                            Robert J. Ambrose

W. Scott Porterfield                                HOWARD & HOWARD
John C. deMoulpied                                  200 S. Michigan Avenue, Suite 1100
Alison R. Leff                                      Chicago, IL  60604-2461
BARACK FERRAZZANO                                   (312) 456-3401
  KIRSCHBAUM & NAGELBERG LLP
200 W. Madison Street, Suite 3900                   *Attorneys for Kelly J. O'Keeffe and Brogan*
Chicago, IL  60606                                  *M. Ptacin*
(312) 984-3100
*Attorneys for Jerome Jay Fritz*