**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR MIDWEST BANK AND TRUST COMPANY, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 13-cv-03230 |
| V. | ) ) | Judge Joan Gottschall |
| JAMES J. GIANCOLA; JEROME JAY FRITZ a/k/a J.J. FRITZ; ANGELO A. DIPAOLO; BARRY I. FORRESTER; ROBERT J. GENETSKI; GERALD F. HARTLEY; HOMER J. LIVINGSTON, JR.; JOSEPH R. RIZZA; EGIDIO V. SILVERI a/k/a E.V. SILVERI; LEON WOLIN; THOMAS A. CARAVELLO; SHELDON BERNSTEIN; THOMAS H. HACKETT; MARY M. HENTHORN; KELLY J. O'KEEFFE; BROGAN M. PTACIN; JOHN S. SPEAR; and WILLIAM H. STOLL, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION OF DEFENDANTS JEROME JAY FRITZ, KELLY J. O'KEEFFE, AND BROGAN M. PTACIN TO DISMISS COMPLAINT**

Defendants Jerome Jay Fritz, Kelly J. O'Keeffe, and Brogan M. Ptacin, by and through their attorneys, move the Court to dismiss the Complaint against them pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of this motion, Mr. Fritz, Mr. O'Keeffe, and Mr. Ptacin submit the concurrently-filed memorandum, and state as follows:

1. Prior to July 2006, Mr. Fritz, Mr. O'Keeffe, and Mr. Ptacin were employees of Royal American Bank in Inverness, Illinois. In 2006, Royal American Bank merged with Midwest Bank and Trust Company ("Midwest").

895765.v1

2

2. As a result of the merger, Mr. O'Keeffe and Mr. Ptacin became officers of Midwest in July 2006. Mr. Fritz became a director of Midwest in July 2006.

3. The Illinois Department of Financial and Professional Regulation closed Midwest on May 14, 2010.

4. Thereafter, pursuant to 12 U.S.C. § 1821(c), the Federal Deposit Insurance Corporation ("FDIC") was appointed as receiver of Midwest.

5. The FDIC, as receiver, has filed this action against Mr. Fritz, Mr. O'Keeffe, Mr. Ptacin and 15 other former directors or officers of Midwest. The suit alleges claims of gross negligence (Count I), negligence (Count II), and breach of fiduciary duty (Count III) against Mr. Fritz, Mr. O'Keeffe, and Mr. Ptacin arising from loans approved or extended to six borrowers between 2005 and 2008.

6. The suit also alleges claims of gross negligence (Count IV), negligence (Count V), and breach of fiduciary duty (Count VI) against Mr. Fritz and 10 other former directors of Midwest (but not Mr. O'Keeffe or Mr. Ptacin) arising from Midwest's investment in certain securities.

7. Pursuant to Federal Rule of Civil Procedure 12(b)(6), Mr. Fritz, Mr. Ptacin, and Mr. O'Keeffe move to dismiss Counts I, II, and III of the Complaint for failure to state a claim.

8. Mr. Fritz also moves to dismiss Counts IV, V, and VI of the Complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

895765.v1

WHEREFORE, for the reasons stated herein and in their supporting memorandum, Mr. Fritz, Mr. Ptacin, and Mr. O'Keeffe respectfully move the Court to (1) dismiss the Complaint against them with prejudice, and (2) grant such other and further relief the Court deems just and appropriate.

Dated: July 15, 2013					Respectfully submitted,

s/ William S. Porterfied					s/Robert J. Ambrose
    W. Scott Porterfield					    Robert J. Ambrose

W. Scott Porterfield					HOWARD & HOWARD
John C. deMoulpied					200 S. Michigan Avenue, Suite 1100
Alison R. Leff						Chicago, IL  60604-2461
BARACK FERRAZZANO					(312) 456-3401
  KIRSCHBAUM & NAGELBERG LLP
200 W. Madison Street, Suite 3900			*Attorneys for Kelly J. O'Keeffe and*
Chicago, IL  60606					*Brogan M. Ptacin*
(312) 984-3100

*Attorneys for Jerome Jay Fritz*

3

895765.v1

## **CERTIFICATE OF SERVICE**

    I, William S. Porterfield, an attorney, hereby certify that on July 15, 2013, service of a copy of the foregoing ***Motion of Defendants Jerome Jay Fritz, Kelly J. O'Keefee and Brogan M. Ptacin to Dismiss Complaint*** was filed electronically with the Clerk of Court using the CM/ECF system to be served upon the attorneys of record according to ECF Rules in compliance with Fed. Rule Civ. P. 5(b)(2)(D).


                                                    /s/ William S. Porterfield