IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR MIDWEST BANK AND TRUST COMPANY, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No. 13-cv-03230 |
| | ) | Judge Joan Gottschall |
| JAMES J. GIANCOLA; JEROME JAY FRITZ a/k/a J.J. FRITZ; ANGELO A. DIPAOLO; BARRY I. FORRESTER; ROBERT J. GENETSKI; GERALD F. HARTLEY; HOMER J. LIVINGSTON, JR.; JOSEPH R. RIZZA; EGIDIO V. SILVERI a/k/a E.V. SILVERI; LEON WOLIN; THOMAS A. CARAVELLO; SHELDON BERNSTEIN; THOMAS H. HACKETT; MARY M. HENTHORN; KELLY J. O'KEEFFE; BROGAN M. PTACIN; JOHN S. SPEAR; and WILLIAM H. STOLL, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Sidney I. Schienker |
| Defendants. | ) ) | |

**CERTAIN DEFENDANTS' CORRECTED
MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendants Thomas Caravello, Sheldon Bernstein, Thomas Hackett, Mary Henthorn, John S. Spear, William Stoll, James J. Giancola, Angelo A. DiPaolo, Barry Forrester, Robert Genetski, Gerald Hartley, Homer Livingston, Joseph Rizza, Eglidio V. Silveri, and Leon Wolin ("Defendants"), pursuant to Northern District of Illinois Local Rule 26.2, respectfully move for entry of an order providing leave for Defendants to file under seal their Memorandum in Support of Motion to Dismiss the Complaint, and certain confidential documents cited in the Complaint

and attached to the Memorandum, in accordance with the Agreed Protective Order entered by the Court. In support of this motion, Defendants state as follows:

1. On June 25, 2013, the Court entered an Agreed Protective Order (Docket No. 44) that sets forth the conditions under which a party may use information or documents considered Confidential.

2. The Agreed Protective Order requires "[a]ny party wishing to file a document designated as Confidential Information in connection with a motion, brief or other submission to the Court must (a) provisionally file the document electronically under seal; (b) file electronically at the same time a public-record version of the document with the Confidential Information excluded; and (c) move the Court for leave to file the Confidential Information under seal." (Docket No. 44, ¶ 7, pp. 7)

3. The Complaint cites, quotes from, or refers to Midwest Bank's loan policy, certain internal Bank memoranda, and minutes from meetings of the Bank's Board of Directors or the Asset Liability Management Committee. Plaintiff FDIC provided copies of these documents to Defendants prior to the filing of the Complaint and the FDIC identified all of these documents as confidential pursuant to the Agreed Protective Order.

4. Defendants' memorandum in support of their motion to dismiss cites to these documents in addressing whether the Complaint states a plausible claim for relief, and includes Confidential Information.

WHEREFORE, Defendants respectfully request that this Court issue an order allowing the Memorandum in Support of Defendants' Motion to Dismiss and confidential exhibits thereto to be filed and remain under seal, and for such further relief as may be appropriate.

July 15, 2013                      Respectfully submitted,

s/_____
   Jeffrey R. Tone

Nancy A. Temple
John M. George
Jeffrey R. Tone
Katten & Temple LLP
542 S. Dearborn St, 14th Floor
Chicago, IL 60605
(312) 663-0800

Attorneys for Defendants Thomas Caravello, Sheldon Bernstein, Thomas Hackett, Mary Henthorn, John S. Spear, William Stoll, James J. Giancola, Angelo A. DiPaolo, Barry Forrester, Robert Genetski, Gerald Hartley, Homer Livingston, Joseph Rizza, Eglidio V. Silveri, and Leon Wolin