IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR MIDWEST BANK AND TRUST COMPANY, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case. No. 1:13-cv-3230 |
| JAMES J. GIANCOLA; JEROME JAY FRITZ a/k/a J.J. FRITZ; ANGELO A. DIPAOLO; BARRY I. FORRESTER; ROBERT J. GENETSKI; GERALD F. HARTLEY; HOMER J. LIVINGSTON, JR.; JOSEPH R. RIZZA; EGIDIO V. SILVERI a/k/a E.V. SILVERI; LEON WOLIN; THOMAS A. CARAVELLO; SHELDON BERNSTEIN; THOMAS H. HACKETT; MARY M. HENTHORN; KELLY J. O'KEEFFE; BROGAN M. PTACIN; JOHN S. SPEAR; and WILLIAM H. STOLL, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Hon. Joan B. Gottschall  Magistrate Judge Sidney I. Shenkier |
| Defendants. | ) | |

## CORRECTED NOTICE OF MOTION

TO:    ALL COUNSEL OF RECORD

    PLEASE TAKE NOTICE that on **Wednesday, July 24, 2013, at 9:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan B. Gottschall in Courtroom 2325 of the United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present **Defendants' Motion for Leave to File Under Seal,** a true and correct copy of which was filed electronically through the Court's electronic filing system and served upon you.

                                      Respectfully submitted,

July 16, 2013                            /s/ Jeffrey R. Tone
                                            One of the Attorneys for
                                            Defendants Thomas Caravello,
                                            Sheldon Bernstein, Thomas Hackett, Mary
                                            Henthorn, John S. Spear, William Stoll, James
                                            J. Giancola, Angelo A. DiPaolo, Barry
                                            Forrester, Robert Genetski, Gerald Hartley,

                                              Homer Livingston, Joseph Rizza, Eglidio V. Silveri, and Leon Wolin

Nancy A. Temple
John M. George, Jr.
Jeffrey R. Tone
KATTEN & TEMPLE LLP
542 S. Dearborn St., 14th Floor
Chicago, Illinois 60605
312-663-0800
312-663-0900 (fax)
jgeorge@kattentemple.com
ntemple@kattentemple.com
jtone@kattentemple.com