IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| | ) | |
| FDIC | ) | Case No: 13 C 3230 |
| | ) | |
| v. | ) | |
| | ) | Judge: Joan B. Gottschall |
| | ) | |
| Giancola, etal | ) | |
| | ) | |

**ORDER**

Motion of Defendants Jerome Jay Fritz, Kelly J. O'Keefe, and Brogan M. Ptacin to file memorandum in excess of 15 pages [49] is granted. Motion of Defendants Jerome Jay Fritz, Kelly J. O'Keefe, and Brogan M. Ptacin for leave to file exhibits under seal [51] is granted. Certain Defendants' corrected motion for leave to file memorandum in support of Defendants' motion to dismiss and confidential exhibits under seal [56] is granted. Briefing as to Motion of Defendants Jerome Jay Fritz, Kelly J. O'Keefe, and Brogan M. Ptacin to dismiss complaint [53]: Response by 8/21/2013; Reply by 9/4/2013. Ruling by mail.

Date: July 24, 2013                                         /s/ Judge Joan B. Gottschall