**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE ) <br> CORPORATION AS RECEIVER FOR ) <br> MIDWEST BANK AND TRUST ) <br> COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES J. GIANCOLA, *et al.*, ) <br> ) <br> Defendants. ) | Case No. 1:13-cv-03230 <br><br> Judge Joan B. Gottschall <br><br> Magistrate Judge Sidney I. Schenkier |

**PLAINTIFF FDIC-R'S AGREED MOTION FOR LEAVE
TO FILE A RESPONSE IN OPPOSITION TO DEFENDANTS'
MOTIONS TO DISMISS IN EXCESS OF FIFTEEN PAGES AND FOR
ENLARGEMENT OF BRIEFING SCHEDULE FOR MOTIONS TO DISMISS**

Plaintiff Federal Deposit Insurance Corporation as Receiver for Midwest Bank & Trust Company ("FDIC-R"), with the consent of all Defendants (collectively the "Parties"), hereby respectfully requests leave to exceed the 15-page limit under Local Rule 7.1 as to the FDIC-R's Response in opposition to Defendants' motions to dismiss and an enlargement of the motions to dismiss briefing schedule. In support of this motion, the FDIC-R states as follows:

1. The FDIC-R filed its Complaint on April 30, 2013.

2. On June 25, 2013, the Court held an initial Status Hearing. At that hearing, counsel for the Parties discussed Defendants' request for additional time to file responsive pleadings and that Defendants intended to move to dismiss the Complaint.

3. The Court extended Defendants' time to file responsive pleadings to the Complaint to July 15, 2013 and ordered that Responses were due August 30, 2013 and Replies were due September 20, 2013. The Order states in relevant part: "All defendants to answer or

otherwise plead on or before 7/15/2013. Responses by 8/30/2013. Replies by 9/20/2013." Doc. No. 43.

4. On July 15, 2013, Defendants Giancola, DiPaolo, Forrester, Genetski, Hartley, Livingston, Rizza, Silveri, Wolin, Caravello, Bernstein, Hackett, Henthorn, Spear, and Stoll filed a Motion to Dismiss the Complaint. Doc. No. 47. The memorandum in support of the motion is 30 pages and attaches approximately 100 pages in exhibits. Doc. Nos. 48, 60. The Court granted these Defendants' motion for leave to file a memorandum in excess of 15 pages on June 25, 2013. Doc. No. 43.

5. Defendants Fritz, O'Keeffe, and Ptacin also filed a separate Motion to Dismiss the Complaint on July 15, 2013. Doc. No. 53. The memorandum in support of that motion is 23 pages and attaches approximately 50 pages in exhibits. Doc. Nos. 54, 55. The Court granted these Defendants' motion for leave to file a memorandum in excess of 15 pages on July 24, 2013. Doc. No. 59.

6. On July 24, 2013, the Court entered an Order stating that the briefing scheduling as to the motion to dismiss of Defendants Fritz, O'Keeffe, and Ptacin is as follows: "Response by 8/21/2013; Reply by 9/4/2013." Doc. No. 59.

7. The FDIC-R intends to file a consolidated Response in opposition to Defendants' motions to dismiss. The volume of Defendants' motions and the issues raised in those motions require significant briefing. In light of the respective motions to dismiss' length and the extensive arguments made therein, the FDIC-R requests leave to exceed the 15-page limit to completely and adequately address the issues raised by Defendants in their respective motions to dismiss. The FDIC-R therefore, with the consent of Defendants, seeks leave to file a 45-page consolidated Response in opposition to Defendants' motions to dismiss the FDIC-R's complaint.

8.      For these same reasons, the FDIC-R, with the consent of Defendants, seeks to enlarge the briefing schedule as to Defendants' motions to dismiss. The Parties have conferred regarding a proposed briefing schedule and request that the FDIC-R's consolidated Response in opposition to both motions to dismiss be due by September 10, 2013 and Defendants' Replies thereto be due by October 1, 2013.

9.      Defendants' respective counsel has indicated to counsel for the FDIC-R that Defendants consent to the relief sought in this motion.

WHEREFORE, the FDIC-R respectfully request the Court enter an Order providing:

(1) that the FDIC-R's consolidated Response in opposition to both motions to dismiss is due by September 10, 2013 and Defendants' Replies thereto are due by October 1, 2013;

(2) that the FDIC-R's consolidated Response in opposition to the motions to dismiss may be up to 45 pages; and

(3) any further relief the Court deems just and proper.

Dated: August 1, 2013                                              Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Steven K. White
　　　　　　　　　　　　　　　　　　　　　　　Steven K. White, Bar No. 367371
　　　　　　　　　　　　　　　　　　　　　　　Katherine M. Sutcliffe Becker, Bar No. 481394
　　　　　　　　　　　　　　　　　　　　　　　Matthew C. Smilowitz, Bar No. 501077
　　　　　　　　　　　　　　　　　　　　　　　Stinson Morrison Hecker LLP
　　　　　　　　　　　　　　　　　　　　　　　1775 Pennsylvania Avenue, NW, Suite 800
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 785-9100
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 572-9963
　　　　　　　　　　　　　　　　　　　　　　　swhite@stinson.com
　　　　　　　　　　　　　　　　　　　　　　　kbecker@stinson.com
　　　　　　　　　　　　　　　　　　　　　　　msmilowitz@stinson.com

　　　　　　　　　　　　　　　　　　　　　　　Robert L. Wainess, Bar No. 121137
　　　　　　　　　　　　　　　　　　　　　　　Counsel, Professional Liability Unit
　　　　　　　　　　　　　　　　　　　　　　　FDIC Legal Division
　　　　　　　　　　　　　　　　　　　　　　　3501 Fairfax Drive, B7034
　　　　　　　　　　　　　　　　　　　　　　　Arlington, VA 22226

Telephone: (703) 516-5285
Facsimile: (703) 516-5445
rwainess@fdic.gov

Paul Carroll (ARDC No. 6196314)
Gould & Ratner LLP
222 North LaSalle Street, Suite 800
Chicago, IL 60601
Telephone: (312) 899-1657
Facsimile: (312) 236-3241
pcarroll@gouldratner.com

*Attorneys for the FDIC-R*

**CERTIFICATE OF SERVICE**

  I, Steven K. White, an attorney, hereby certify that on August 1, 2013, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Plaintiff FDIC-R's Agreed Motion for Leave to File a Response in Opposition to Defendants' Motions to Dismiss in Excess of Fifteen Pages and for Enlargement of Briefing Schedule for Motions to Dismiss, using the Court's ECF system, which automatically served:

  Nancy Anne Temple, Esq. (ntemple@kattentemplelaw.com)
  Jeffrey R. Tone, Esq. (jtone@kattentemple.com)
  John M. George, Esq. (jgeorge@kattentemple.com)
  Theodore James Theophilos, Esq. (ttheophilos@kattentemple.com)
  Katten & Temple LLP
  542 South Dearborn Street, 14th Floor
  Chicago, IL 60605

  Robert J. Ambrose, Esq. (rambrose@howardandhoward.com)
  Joseph W. Barber, Esq. (jwbarber@howardandhoward.com)
  Howard and Howard
  200 South Michigan Ave., Suite 1100
  Chicago, IL 60604

  W. Scott Porterfield, Esq. (scott.porterfield@bfkn.com)
  John C. deMoulpied, Esq. (john.demoulpied@bfkn.com)
  Alison R. Leff, Esq. (alison.leff@bfkn.com)
  Barack Ferrazzano Kirschbaum & Nagelberg LLP
  200 West Madison Street, Suite 3900
  Chicago, Illinois 60606

  And I caused a hard copy to be sent by hand delivery to the following:

  Chambers of the Honorable Joan B. Gottschall
  Everett McKinley Dirksen United States Courthouse
  Room 2356
  219 S. Dearborn Street
  Chicago, IL 60604

            /s/ Steven K. White
            Steven K. White