# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR MIDWEST BANK AND TRUST COMPANY, ) ) ) ) ) | |
| Plaintiff, ) ) | Case No. 1:13-cv-03230 |
| v. ) ) | Judge Joan B. Gottschall |
| JAMES J. GIANCOLA, *et al.*, ) ) | Magistrate Judge Sidney I. Schenkier |
| Defendants. ) | |

## NOTICE OF MOTION

To:     Nancy Anne Temple, Esq.                Robert J. Ambrose, Esq.
       Jeffrey R. Tone, Esq.                    Joseph W. Barber, Esq.
       John M. George, Esq.                  Howard and Howard
       Theodore James Theophilos, Esq.     200 South Michigan Ave., Suite 1100
       Katten & Temple LLP                  Chicago, IL 60604
       542 South Dearborn Street, 14th Floor
       Chicago, IL 60605                       W. Scott Porterfield, Esq.
                                                       John C. deMoulpied, Esq.
                                                       Alison R. Leff, Esq.
                                                       Barack Ferrazzano Kirschbaum & Nagelberg LLP
                                                       200 West Madison Street, Suite 3900
                                                       Chicago, Illinois 60606

       **PLEASE TAKE NOTICE** that on **Wednesday, August 7, 2013 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan B. Gottschall or any judge sitting in her stead, in Courtroom 2325 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiff FDIC-R's Agreed Motion for Leave to File a Response in Opposition to Defendants' Motions to Dismiss in Excess of Fifteen Pages and for Enlargement of Briefing Schedule for Motions to Dismiss**, a copy of which has been served upon you via CM/ECF.

Dated: August 1, 2013                                   Respectfully submitted,

                                                               /s/ Steven K. White
                                                             Steven K. White, Bar No. 367371

Katherine M. Sutcliffe Becker, Bar No. 481394
Matthew C. Smilowitz, Bar No. 501077
Stinson Morrison Hecker LLP
1775 Pennsylvania Avenue, NW, Suite 800
Washington, DC 20006
Telephone: (202) 785-9100
Facsimile: (202) 572-9963
swhite@stinson.com
kbecker@stinson.com
msmilowitz@stinson.com

Robert L. Wainess, Bar No. 121137
Counsel, Professional Liability Unit
FDIC Legal Division
3501 Fairfax Drive, B7034
Arlington, VA 22226
Telephone: (703) 516-5285
Facsimile: (703) 516-5445
rwainess@fdic.gov

Paul Carroll (ARDC No. 6196314)
Gould & Ratner LLP
222 North LaSalle Street, Suite 800
Chicago, IL 60601
Telephone: (312) 899-1657
Facsimile: (312) 236-3241
pcarroll@gouldratner.com

*Attorneys for the FDIC-R*

# **CERTIFICATE OF SERVICE**

I, Steven K. White, an attorney, hereby certify that on August 1, 2013, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the foregoing Notice of Plaintiff FDIC-R's Agreed Motion for Leave to File a Response in Opposition to Defendants' Motions to Dismiss in Excess of Fifteen Pages and for Enlargement of Briefing Schedule for Motions to Dismiss, using the Court's ECF system, which automatically served:

Nancy Anne Temple, Esq. (ntemple@kattentemplelaw.com)
Jeffrey R. Tone, Esq. (jtone@kattentemple.com)
John M. George, Esq. (jgeorge@kattentemple.com)
Theodore James Theophilos, Esq. (ttheophilos@kattentemple.com)
Katten & Temple LLP
542 South Dearborn Street, 14th Floor
Chicago, IL 60605

Robert J. Ambrose, Esq. (rambrose@howardandhoward.com)
Joseph W. Barber, Esq. (jwbarber@howardandhoward.com)
Howard and Howard
200 South Michigan Ave., Suite 1100
Chicago, IL 60604

W. Scott Porterfield, Esq. (scott.porterfield@bfkn.com)
John C. deMoulpied, Esq. (john.demoulpied@bfkn.com)
Alison R. Leff, Esq. (alison.leff@bfkn.com)
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606

And I caused a hard copy to be sent by hand delivery to the following:

Chambers of the Honorable Joan B. Gottschall
Everett McKinley Dirksen United States Courthouse
Room 2356
219 S. Dearborn Street
Chicago, IL 60604

                                                /s/ Steven K. White
                                                Steven K. White